IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LUPITA N. CONNOR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., a Delaware corporation, and JOHN/JANE DOES I through X whose true identities are presently unknown<br><br>　　　　Defendants. | Case No. CV-05-275-S-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment shall be entered in favor of Micron and that this case be dismissed in its entirety.



DATED: **March 27, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**